Dismissed and Memorandum Opinion filed March 4, 2004









Dismissed and Memorandum Opinion filed March 4, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01441-CV

____________

 

SAM A.
BOYETTE, Appellant

 

V.

 

TRANSPORT
CORPORATION OF AMERICA

d/b/a TRANSPORT AMERICA, Appellee

 



 

On Appeal from the
215th District Court

Harris County, Texas

Trial Court Cause
No. 01-55877

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 26,
2003.  On February 25, 2004, appellant
filed a motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 4, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.